**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re: FORTUNE MANUFACTURING INC.    §    Case No. 1:16-bk-10933-MT
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    David Seror, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $6,017.01 | |

    3) Total gross receipts of $6,017.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,017.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,515.53 | $6,515.53 | $6,017.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,200.00 | $3,200.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $854,931.83 | $502,596.00 | $488,218.71 | $0.00 |
| **TOTAL DISBURSEMENTS** | $854,931.83 | $512,311.53 | $497,934.24 | $6,017.01 |

4) This case was originally filed under chapter 7 on 03/29/2016. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/24/2020    By: /s/ David Seror
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REMNANT ASSETS | 1229-000 | $5,000.00 |
| Checking Account at American Business Bank, xxxx | 1129-000 | $1,017.01 |
| **TOTAL GROSS RECEIPTS** | | **$6,017.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David Seror | 2100-000 | NA | $1,351.70 | $1,351.70 | $1,351.70 |
| Trustee, Expenses - David Seror | 2200-000 | NA | $370.60 | $370.60 | $370.60 |
| Bond Payments - BOND | 2300-000 | NA | $0.81 | $0.81 | $0.81 |
| Bond Payments - INTERNATIONAL SURETIES LTD | 2300-000 | NA | $0.42 | $0.42 | $0.42 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $290.00 | $290.00 | $290.00 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $2,400.00 | $2,400.00 | $1,901.48 |
| Accountant for Trustee Fees (Other Firm) - GROBSTEIN TEEPLE | 3410-000 | NA | $2,102.00 | $2,102.00 | $2,102.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,515.53** | **$6,515.53** | **$6,017.01** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,200.00 | $3,200.00 | $0.00 |
| N/F | Employment Development Dept. | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Los Angeles County Tax Assessor | 5800-000 | $0.00 | NA | NA | NA |
| N/F | State Board of Equalization | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,200.00** | **$3,200.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TOTAL FILTRATION SERVICES | 7100-000 | $154.00 | $154.00 | $154.00 | $0.00 |
| 2 | S & D Industrial Tool Supply, Inc.Todd Chvat, Esq. c/o Wright, Finlay & Zak, LLP | 7100-000 | $33,719.40 | $48,657.91 | $48,657.91 | $0.00 |
| 3 | Surplus Toolz | 7100-000 | $345.60 | $345.60 | $345.60 | $0.00 |
| 4 | SBC TAX COLLECTOR | 7100-000 | $7,531.93 | $28,575.98 | $28,575.98 | $0.00 |
| 5 | AREMAC HEAT TREATING LLC | 7100-000 | $733.40 | $733.40 | $733.40 | $0.00 |
| 6 | GEORGE H. SCHANO DBA | 7100-000 | $6,476.69 | $6,476.69 | $6,476.69 | $0.00 |
| 7 | Youngs Precision Tool | 7100-000 | $4,646.75 | $5,487.00 | $5,487.00 | $0.00 |
| 8 | GreatAmerica Financial Services Corporationf/k/a GreatAmerica Leasing Corporation ATTN: Peggy Upton, Litigation Specialist | 7100-000 | NA | $14,377.29 | $0.00 | $0.00 |
| 9 | Weber Metals Inc. | 7100-000 | $3,820.00 | $3,820.00 | $3,820.00 | $0.00 |
| 10 | CHEM ARROW CORP | 7100-000 | $2,791.20 | $5,012.88 | $5,012.88 | $0.00 |
| 11 | Alloy Processing | 7100-000 | $44,732.00 | $65,127.00 | $65,127.00 | $0.00 |
| 12 | John Billings | 7100-000 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 |
| 13 | SNK America, Inc. | 7100-000 | $1,431.60 | $1,431.60 | $1,431.60 | $0.00 |
| 14 | Hi-Caliber Machining Co. | 7100-000 | $3,910.00 | $6,650.00 | $6,650.00 | $0.00 |
| 15 | Coast Plating, Inc. | 7100-000 | NA | $99,424.70 | $99,424.70 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SimplexGrinnell | 7100-000 | $1,300.00 | $1,300.00 | $1,300.00 | $0.00 |
| 17 | BROWNCO CONSTRUCTION COMPANY INCC/O BRENT PHILLIPS ESQ | 7100-000 | $210,000.00 | $210,239.35 | $210,239.35 | $0.00 |
| 18U | FRANCHISE TAX BOARD | 7400-000 | NA | $508.95 | $508.95 | $0.00 |
| 19U | FRANCHISE TAX BOARD | 7100-000 | NA | $1,273.65 | $1,273.65 | $0.00 |
| N/F | A&A Aerospace, Inc | 7100-000 | $700.00 | NA | NA | NA |
| N/F | AMI Metals, Inc | 7100-000 | $16,502.17 | NA | NA | NA |
| N/F | Abrasive Finishing | 7100-000 | $9,607.84 | NA | NA | NA |
| N/F | Advanced Imaging Strategies | 7100-000 | $1,520.22 | NA | NA | NA |
| N/F | Alfredo Reyes c/o Mark Yablonovich, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | All World Machinery | 7100-000 | $1,346.52 | NA | NA | NA |
| N/F | Ally | 7100-000 | $480.47 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $12,828.60 | NA | NA | NA |
| N/F | CG Tech | 7100-000 | $6,240.00 | NA | NA | NA |
| N/F | California Tool & Cutter Grind | 7100-000 | $4,573.22 | NA | NA | NA |
| N/F | Chino Commerce Center Association | 7100-000 | $1,120.00 | NA | NA | NA |
| N/F | DC Electronics | 7100-000 | $330.00 | NA | NA | NA |
| N/F | Doran Specialties | 7100-000 | $1,942.81 | NA | NA | NA |
| N/F | EFP Incorporated | 7100-000 | $511.38 | NA | NA | NA |
| N/F | Encore Propane | 7100-000 | $180.90 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Exxon/Mobil | 7100-000 | $1,181.57 | NA | NA | NA |
| N/F | Fastenal Company | 7100-000 | $42.85 | NA | NA | NA |
| N/F | First Capital Western Region, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fives Machining Systems, Inc | 7100-000 | $22,090.95 | NA | NA | NA |
| N/F | General Bearing Company | 7100-000 | $707.83 | NA | NA | NA |
| N/F | General Dynamics | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Goldenwest Lubricants, Inc | 7100-000 | $563.36 | NA | NA | NA |
| N/F | Grainger | 7100-000 | $219.35 | NA | NA | NA |
| N/F | Henry Duchimaza | 7100-000 | $57.50 | NA | NA | NA |
| N/F | Higgins Tool & Machinery | 7100-000 | $1,428.69 | NA | NA | NA |
| N/F | Home Depot Credit Services | 7100-000 | $157.91 | NA | NA | NA |
| N/F | Hose-Man, Inc. | 7100-000 | $56.93 | NA | NA | NA |
| N/F | Huntington Park Rubber Stamp | 7100-000 | $192.76 | NA | NA | NA |
| N/F | Idex Solutions | 7100-000 | $10,913.74 | NA | NA | NA |
| N/F | Maowen Gan | 7100-000 | $1,622.00 | NA | NA | NA |
| N/F | Marshall Tool & Supply Corp. | 7100-000 | $2,046.27 | NA | NA | NA |
| N/F | Merchants Building Maintenance | 7100-000 | $1,713.00 | NA | NA | NA |
| N/F | Metal Fabrication and Machining | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mission Linen | 7100-000 | $1,185.82 | NA | NA | NA |
| N/F | Mistras Services | 7100-000 | $589.72 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Morrells Electroplating, Inc | 7100-000 | $3,865.20 | NA | NA | NA |
| N/F | Orange Hydraulic | 7100-000 | $639.00 | NA | NA | NA |
| N/F | Praxair Distribution | 7100-000 | $645.04 | NA | NA | NA |
| N/F | Precision Instrument Correction | 7100-000 | $700.00 | NA | NA | NA |
| N/F | Prime Resource, Inc. | 7100-000 | $232.09 | NA | NA | NA |
| N/F | Quill | 7100-000 | $1,183.30 | NA | NA | NA |
| N/F | Remington | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Rolled Alloys | 7100-000 | $797.10 | NA | NA | NA |
| N/F | SKRABA | 7100-000 | $380.00 | NA | NA | NA |
| N/F | San Bernardino County Fire Dept | 7100-000 | $1,071.00 | NA | NA | NA |
| N/F | Saratech | 7100-000 | $6,069.50 | NA | NA | NA |
| N/F | Selway Machine Tool Company | 7100-000 | $179.70 | NA | NA | NA |
| N/F | Sheffield Manufacturing | 7100-000 | $265,057.70 | NA | NA | NA |
| N/F | Southern California Edison | 7100-000 | $4,228.13 | NA | NA | NA |
| N/F | Stellar Industrial Supply, Inc. | 7100-000 | $1,177.11 | NA | NA | NA |
| N/F | Sullivan Precision Metal Finishing | 7100-000 | $2,184.00 | NA | NA | NA |
| N/F | Thomas Yuch, Inc. | 7100-000 | $10,420.00 | NA | NA | NA |
| N/F | Thyssen TMX Division | 7100-000 | $83,805.13 | NA | NA | NA |
| N/F | Titanium Metals Corporation | 7100-000 | $25,743.44 | NA | NA | NA |
| N/F | Triumph Processing | 7100-000 | $8,619.25 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Uline | 7100-000 | $1,098.05 | NA | NA | NA |
| N/F | United Parcel Service | 7100-000 | $703.31 | NA | NA | NA |
| N/F | Verizon California | 7100-000 | $1,869.71 | NA | NA | NA |
| N/F | Victoria Vargas | 7100-000 | $1,534.72 | NA | NA | NA |
| N/F | Wencor Group | 7100-000 | $537.20 | NA | NA | NA |
| N/F | Wesco Aircraft - ABG | 7100-000 | $600.70 | NA | NA | NA |
| N/F | YRC Freight | 7100-000 | $294.50 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$854,931.83** | **$502,596.00** | **$488,218.71** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 1:16-bk-10933-MT
Case Name: FORTUNE MANUFACTURING INC.
For Period Ending: 03/24/2020

Trustee Name: (008930) David Seror
Date Filed (f) or Converted (c): 03/29/2016 (f)
§ 341(a) Meeting Date: 04/29/2016
Claims Bar Date: 08/22/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at American Business Bank, xxxx | 1,017.01 | 1,017.01 | | 1,017.01 | FA |
| 2 | Checking Account at American Business Bank, xxxx | 0.00 | 0.00 | | 0.00 | FA |
| 3 | REMNANT ASSETS (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$1,017.01** | **$1,017.01** | | **$6,017.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS AS OF 12/31/2020:
    3/5/2020 Distribution checks prepared and mailed out per Order Entered 3/2/2020 [doc.46]
    TFR hearing set for February 26, 2020 at 10:00 AM in Courtroom 302

    STATUS AS OF 12/31/2019:
    12/31/2019 TFR prepared and sent to UST
    6/19/19 First and Final application for compensation filed by Grobstein Teeple, LLP. Fees Requested: $2,102.00; Expenses Requested: $0.00.
    5/31/19 Notice to professionals filed
    Court Costs: $0.00

    CURRENT PERIOD ENDING 12/31/18:
    Awaiting Accountants to proceed with preference/fraudulent transfer analysis.

    Current Period Ending 12/31/2017: Order approving employment of Grobstein Teeple as accountants entered 8/7/17. Accountants to proceed with preference/fraudulent transfer analysis.

    Current Period Ending 12/31/2016: The debtor's principal produced a plethora of agreements related to the aerospace industry as well as corporate documents related to the relationship of the debtor affiliates. The documents are being carefully reviewed before the trustee decides on how best to proceed.
    PROFESSIONALS:
        ACCOUNTANTS: GROBSTEIN TEEPLE LLP PER ORDER ENTERED 8/4/2017

    ACCOUNTS:
        General checking at Metropolitan Bank opened 3/27/19
        General checking at Rabobank opened 5/19/2016.

    CLAIMS:
        Proof of claims bar date is set for 8/22/2016

    TAXES:

    ESTIMATED TFR DATE: 12/30/2017

    CURRENT ETFR: 12/31/2019

**Initial Projected Date Of Final Report (TFR):** 06/30/2017    **Current Projected Date Of Final Report (TFR):** 12/31/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 1:16-bk-10933-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | FORTUNE MANUFACTURING INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5348 | Account #: | ******1166 Checking Account |
| For Period Ending: | 03/24/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/16 | {1} | FORTUNE MANUFACTURING | TURNOVER OF BANK FUNDS | 1129-000 | 1,017.01 | | 1,017.01 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,007.01 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 997.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 987.01 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 977.01 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 967.01 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 957.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 947.01 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 937.01 |
| 01/24/17 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2017 FOR CASE #16-10933, TERM: 1/4/17 TO 1/4/18 | 2300-000 | | 0.42 | 936.59 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 926.59 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 916.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 906.59 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 896.59 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 886.59 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 876.59 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 866.59 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 856.59 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 846.59 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 836.59 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 826.59 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 816.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 806.59 |
| 02/08/18 | 102 | INTERNATIONAL SURETIES | BOND #016030867 FOR TERM 1/4/18 TO 1/4/19 - TRUSTEE DAVID SEROR Voided on 02/14/2018 | 2300-000 | | 0.37 | 806.22 |
| 02/14/18 | 102 | INTERNATIONAL SURETIES | BOND #016030867 FOR TERM 1/4/18 TO 1/4/19 - TRUSTEE DAVID SEROR Voided: check issued on 02/08/2018 | 2300-000 | | -0.37 | 806.59 |

**Page Subtotals:** $1,017.01    $210.42

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Exhibit 9**

# Cash Receipts And Disbursements Record

Page: 2

| **Case No.:** | 1:16-bk-10933-MT | **Trustee Name:** | David Seror (008930) |
|---|---|---|---|
| **Case Name:** | FORTUNE MANUFACTURING INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***5348 | **Account #:** | ******1166 Checking Account |
| **For Period Ending:** | 03/24/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/18 | 103 | INTERNATIONAL SURETIES | BOND 016030867 FOR TERM 1/4/18 TO 1/4/19 - TRUSTEE DAVID SEROR | 2300-000 | | 0.37 | 806.22 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 796.22 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 786.22 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 776.22 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 766.22 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 756.22 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 746.22 |
| 08/10/18 | 104 | INTERNATIONAL SURETIES | Voided on 08/16/2018 | 2300-000 | | 0.01 | 746.21 |
| 08/16/18 | 104 | INTERNATIONAL SURETIES | Voided: check issued on 08/10/2018 | 2300-000 | | -0.01 | 746.22 |
| 08/16/18 | 105 | INTERNATIONAL SURETIES | BOND #016030867 01/04/18 TO 01/04/19 Voided on 08/27/2018 | 2300-000 | | 0.01 | 746.21 |
| 08/16/18 | 106 | INTERNATIONAL SURETIES | BOND #016030867 01/04/18 TO 01/04/19 | 2300-000 | | 0.01 | 746.20 |
| 08/27/18 | 105 | INTERNATIONAL SURETIES | BOND #016030867 01/04/18 TO 01/04/19 Voided: check issued on 08/16/2018 | 2300-000 | | -0.01 | 746.21 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 736.21 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 731.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 726.21 |
| 01/31/19 | 107 | INTERNATIONAL SURETIES | BOND #016030867 | 2300-000 | | 0.33 | 725.88 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1727 | Transition Debit to Metropolitan Commercial Bank acct 3910021727 | 9999-000 | | 725.88 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,017.01 | 1,017.01 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 725.88 | |
| | | **Subtotal** | | | 1,017.01 | 291.13 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,017.01** | **$291.13** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| **Case No.:** | 1:16-bk-10933-MT | **Trustee Name:** | David Seror (008930) |
|---|---|---|---|
| **Case Name:** | FORTUNE MANUFACTURING INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5348 | **Account #:** | ******1727 Checking Account |
| **For Period Ending:** | 03/24/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******1166 | Transition Credit from Rabobank, N.A. acct 5012521166 | 9999-000 | 725.88 | | 725.88 |
| 04/29/19 | {3} | OAK POINT PARTNERS | SALE OF REMNANT ASSETS | 1229-000 | 5,000.00 | | 5,725.88 |
| 09/04/19 | 1000 | INTERNATIONAL SURETIES | INVOICE FOR BOND #016030867 | 2300-000 | | 0.10 | 5,725.78 |
| 03/04/20 | 1001 | GROBSTEIN TEEPLE | Distribution payment - Dividend paid at 100.00% of $2,102.00; Claim # ACCTFEE; Filed: $2,102.00 | 3410-000 | | 2,102.00 | 3,623.78 |
| 03/04/20 | 1002 | David Seror | Distribution payment - Dividend paid at 100.00% of $1,351.70; Claim # FEE; Filed: $1,351.70 | 2100-000 | | 1,351.70 | 2,272.08 |
| 03/04/20 | 1003 | David Seror | Distribution payment - Dividend paid at 100.00% of $370.60; Claim # TE; Filed: $370.60 | 2200-000 | | 370.60 | 1,901.48 |
| 03/04/20 | 1004 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 79.23% of $2,400.00; Claim # 18A; Filed: $2,400.00 | 2820-000 | | 1,901.48 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,725.88 | 5,725.88 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 725.88 | 0.00 | |
| | | **Subtotal** | | | 5,000.00 | 5,725.88 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,000.00** | **$5,725.88** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 1:16-bk-10933-MT | | **Trustee Name:** | David Seror (008930) |
| **Case Name:** | FORTUNE MANUFACTURING INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5348 | | **Account #:** | ******1727 Checking Account |
| **For Period Ending:** | 03/24/2020 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $6,017.01 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,017.01 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1166 Checking Account | $1,017.01 | $291.13 | $0.00 |
| ******1727 Checking Account | $5,000.00 | $5,725.88 | $0.00 |
| | **$6,017.01** | **$6,017.01** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)